UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEAN THOMPSON and
LOLLY ANN THOMPSON,

Civil No. 01-2433 (DSD/JMM)

Plaintiffs,

v.

**AMENDED** ORDER FOR
PRETRIAL CONFERENCE

LUTHERAN BROTHERHOOD and
LUTHERAN BROTHERHOOD VARIABLE
INSURANCE PRODUCTS COMPANY,

Defendants.

TO: Plaintiffs above named and to Richard W. Bale, Esq., Kari J. Thurlow, Esq., Larson King, 1500 Landmark Towers, 345 St. Peter Street, St. Paul, MN 55102; James E. Rolshouse, Esq., Duckson, Carlson, Bassinger & Mitchell, 333 South Seventh Street, Suite 2100, Minneapolis, MN 55402, attorneys for Plaintiffs;

Defendants above named and to Edward T. Wahl, Esq., Michael F. Cockson, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, attorneys for Defendants.

IT IS HEREBY ORDERED that counsel for Plaintiffs shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on **March 4, 2002 at 10:15 a.m.** before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed FEB 22 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

MEETING, REPORTS AND DISCLOSURES REQUIRED

1. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than February 15, 2002 to discuss settlement, and to prepare the Report required by Rule 26(f) and Local Rule 16.2.

2. If the case does not settle, no later than February 19, 2002, counsel shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. A copy of the Report shall also be delivered to chambers of this Court, Room 610, 316 North Robert Street, St. Paul, Minnesota, no later than February 19, 2002. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court.

3. The parties are advised that a trial date within 12 months of the date of filing the Complaint is available, unless counsel for the parties request additional time in the Rule 26(f) Report.

4. Any party may also submit to chambers a Letter/Memorandum concerning settlement, which may be confidential between the Court and that party.

5. If all counsel wish to hold the pretrial conference by telephone, please make that request by calling Calendar Clerk Katherine Haagenson, (651) 848-1190, after filing the Rule 26(f) Report.

6. If a party consents to have this matter tried before a Magistrate Judge, individual counsel are requested to sign the enclosed form by February 25, 2002 and send it directly to:

Connie Baker
Calendar Clerk to Judge David S. Doty
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: February 22, 2002

JOHN M. MASON
United States Magistrate Judge