**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Dean Thompson, and**
**Lolly Ann Thompson,**

**Plaintiffs,**

**v.**

**Lutheran Brotherhood, and**
**Lutheran Brotherhood Variable**
**Insurance Products Company,**

**Defendants.**

**Civil 01-2433 DSD/SRN**

**NOTICE OF STATUS CONFERENCE**

---

You are hereby given notice that a Status Conference in the above-captioned matter will be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **January 21, 2003, at 1:30 p.m.** before United States Magistrate Judge Susan Richard Nelson to address pretrial scheduling matters.

DATED: August 27, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

AUG 2 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK