**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dean Thompson and Lloy Ann Thompson

Plaintiffs,

vs.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company,

Defendants.

**Civil No. 01-CV-2433 DSD/SRN**

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER or OTHERWISE RESPOND TO COMPLAINT**

---

The parties hereto agree that Defendants shall have until March 15, 2003 to answer or otherwise respond to the Complaint in this action.

Dated: January 14, 2003

LARSON KING, LLP

Richard W. Bale (209727)
Kari J. Thurlow (303008)
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500

ATTORNEYS FOR PLAINTIFFS

Dated: January 9, 2003

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-8720

ATTORNEYS FOR DEFENDANTS

JAN 16 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

Susan Richard Nelson

The Honorable ~~David S. Doty~~ Susan Richard Nelson

US Magistrate Judge



M2:20514479.01

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.