**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dean Thompson and Lolly Ann Thompson,

Plaintiffs,

vs.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company,

Defendants.

**Civil No.** CV-01-2433 DSD/SRN

**STIPULATION AND ORDER FOR EXTENSION TO ANSWER OR OTHERWISE MOVE**

---

The parties hereto have conferred and stipulate and agree that Defendants shall have until March 24, 2003 to answer or otherwise move in the above-entitled action.

Dated: March 10, 2003

LARSON · KING, LLP

Richard W. Bale, #209727
Kari J. Thurlow, #0303008
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102
(651) 312-6500

ATTORNEYS FOR PLAINTIFFS

Dated: March 6, 2003

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANTS

MAR 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

3-13-03

Susan Richard Nelson

Magistrate
Judge of United States District Court

No further extension of time will be granted.