UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2433(DSD/SRN)

Dean Thompson, et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Lutheran Brotherhood, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge Susan R. Nelson.

Dated: May 13, 2003

David S. Doty, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent d. ______
Deputy Clerk's Initials ______