UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dean Thompson, et al.,

v. Civil No. 01-2433(DSD/SRN)

Lutheran Brotherhood, et al.

------------------------------

Donald N. Bungum, et al.,

v. Civil No. 03-3540(RHK/AJB)

Lutheran Brotherhood, et al.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 01-2433(DSD/SRN) having been assigned to Judge David S. Doty and Case No. 03-3540(RHK/AJB) having later been assigned to Judge Richard H. Kyle, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 03-3540(RHK/AJB) be assigned to Judge Doty and Magistrate Judge Susan R. Nelson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order filed February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 6, 2003

David S. Doty, Judge
United States District Court

Dated: August 7, 2003

Richard H. Kyle, Judge
United States District Court

AUG 07 2003
FILED
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______