**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dean Thompson and Lolly Ann Thompson

Plaintiffs,

vs.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company,

Defendants.

**Civil No. 01-CV-2433 DSD/SRN**

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER or OTHERWISE RESPOND TO AMENDED COMPLAINT**

---

The parties hereto agree that Defendants shall have until ten days after Judge Doty's order regarding Defendants' objection to Magistrate Judge Nelson's October 23, 2003 Report and Recommendation to answer or otherwise respond to the Amended Complaint in this action.

Dated: December 11, 2003

LARSON KING, LLP

Richard W. Bale (209727)
Kari J. Thurlow (303008)
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500

ATTORNEYS FOR PLAINTIFFS

Dated: December 4, 2003

FAEGRE & BENSON LLP

Edward T. Wahl, #15409X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-8720

ATTORNEYS FOR DEFENDANTS

DEC 1 7 2003

**ORDER**

IT IS SO ORDERED.

Dated: December 16, 2003

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge