UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Lutheran Brotherhood, Civil 99-MD-1309 (PAM)

------------------------------------------

Dean Thompson, et al., Civil 01-2433 (DSD/SRN)

Plaintiffs,

vs.

Lutheran Brotherhood, et al.,

Defendants.

------------------------------------------

Donald N. Bungum, et al., Civil 03-3540 (DSD/SRN)

vs. Plaintiffs,

Lutheran Brotherhood., et al.,

Defendants.

------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 99-MD-1309 (PAM) having been assigned to Judge Paul A. Magnuson, and Case No. 01-CV-2433 (DSD/SRN) and Case No. 03-CV-3540 (DSD/SRN) having later been assigned to Judge David S. Doty, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 01-CV-2433 (DSD/SRN) and Case No. 03-CV-3540 (DSD/SRN) be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated February 23, 2003.

FILED 1-21-04
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: January 16, 2004

Paul A. Magnuson, Judge
United States District Court

DATED: January 20, 2004

David S. Doty, Judge
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order For Reassignment of Related cases, the cases listed below are reassigned to Judge Paul A. Magnuson .

Dean Thompson, et al. v. Lutheran Brotherhood, et al.
NEW CASE NUMBER: CIVIL 01-2433 PAM

Donald N. Bungum, et al. v. Lutheran Brotherhood, et al.,
NEW CASE NUMBER: CIVIL 03-3540 PAM

Use these case numbers for all further filings.

Dated: January 21, 2004