UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dean Thompson and Lolly Ann Thompson,

Plaintiffs,

vs.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company,

Defendants.

Civil No. 01-2433 (DSD/SRN)

**STIPULATION FOR VOLUNTARY DISMISSAL**

---

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Defendant and Plaintiffs in the above-entitled action, Dean Thompson and Lolly Ann Thompson, through their respective counsel, that said Plaintiffs' action may be and hereby is dismissed with prejudice, and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said Plaintiffs' action of record.

Dated: July 7, 2006

**LARSON Ÿ KING, LLP**

/s/ Shawn M. Raiter
Shawn M. Raiter (MN #240424)
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: (651) 312-6500
*Attorney for Plaintiffs*

Dated: September 5, 2006

**FAEGRE & BENSON, LLP**

/s/ Edward T. Wahl
Edward T. Wahl (MN #15409X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
*Attorney for Defendant*