**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Dean Thompson and Lolly Ann Thompson v. Lutheran Brotherhood and Lutheran Brotherhood Variable Insurance Products Company**

**Civil No. 01-2433 (DSD/SRN)**

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I caused the following document(s):

**Stipulation for Voluntary Dismissal**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send a notice of electronic filing to the following:

- **Richard W. Bale**
  rbale@larsonking.com
- **Jerome V. Bolkcom**
  jvb@jordenusa.com
- **James T. Capretz**
  jcapretz@capretz.com; jtc@capretz.com
- **Michael F. Cockson**
  mcockson@faegre.com; jkuhlman@faegre.com; fruthven@faegre.com
- **Walter J. Duffy, Jr.**
  wduffy@faegre.com; dschuna@faegre.com
- **Deborah A. Ellingboe**
  dellingboe@faegre.com; dschuna@faegre.com
- **James F. Jorden**
  jfj@jordenusa.com
- **Marcus R. Sanborn**
  msanborn@larsonking.com
- **Edward T. Wahl**
  ewahl@faegre.com; kspaulding@faegre.com; dmumford@faegre.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Judge Paul A. Magnuson

and I certify that I caused a copy of the proposed order to be mailed by first class mail, postage paid, to the aforementioned attorneys.

Date: September 13, 2006

/s/ Edward T. Wahl

Edward T. Wahl, Attorney #15409X
Attorney for Defendant Lutheran Brotherhood
Faegre & Benson LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
ewahl@faegre.com