UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dean Thompson and Lolly Ann Thompson, | Civil No. 01-2433 (PAM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company, | |
| Defendants. | |

---

Upon receiving, reading and filing the Stipulation for Dismissal with Prejudice, Docket No. 43, from counsel for the above named party:

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims of the above-mentioned Plaintiffs are hereby dismissed with prejudice and without costs or attorney fees to be assessed to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: September __16__, 2006      s/Paul A. Magnuson
                                   Paul A. Magnuson, Judge
                                   United States District Court