UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dean Thompson and Lolly Ann Thompson,

Plaintiffs,

vs.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company,

Defendants.

Civil No. 01-2433 (PAM)

**ORDER**

---

Upon receiving, reading and filing the Stipulation for Dismissal with Prejudice, Docket No. 43, from counsel for the above named party:

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims of the above-mentioned Plaintiffs are hereby dismissed with prejudice and without costs or attorney fees to be assessed to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: September 16, 2006

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court