✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Dean Thompson and Lolly Ann Thompson

V.

Lutheran Brotherhood and Lutheran Brotherhood Variable Products Company

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2433 (PAM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The claims of the abovementioned Plaintiffs are hereby dismissed with prejudice and without costs or attorney fees to be assessed to any party.

September 19, 2006
Date

RICHARD D. SLETTEN, CLERK

s/J. Councillor
(By) J. Councillor, Deputy Clerk